Plaintiff's Name ___CLASS OF PRISONERS___

CDCR No._____

Address _____

_____

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:16-cv-1362 LJO-EPG

(Name of Plaintiff) PETITIONER                                    (Case Number)

vs.

1) THE U.S. GOVERNMENT, AND ITS
OFFICERS AS FEDERAL JUDGES
2) ATTORNEY GENERAL, KAMALA D. HARRIS
3) ATTORNEY GENERAL BENJAMIN B. WAGNER
4) THE CALIFORNIA DEPARTMENT OF
CORRECTIONS; DEFENDANTS OF PIERCE V.
GONZALES, PRESIDENT BARACK OBAMA, 2011
U.S. DIST. LEXIS 21888 (E.D. CAL. FEB.17,
2011);13-15114

1) DECLARATORY JUDGEMENT ACT;28 USC 2201
2) REQUEST FOR CLASS CERTIFICATION
3) ENFORCEMENT OF 1st AMENDMENT RIGHT
4) FRCP 36 ADMIT OR DENY
5) A CHALLENGE TO A GOVERNMENTAL ACTION

_____

_____

(Names of all Defendants)

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

    A.  Have you brought any other lawsuits while a prisoner?  Yes_X__ No_____

    B.  If your answer to A is yes, how many? __2_____

       Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

       1. Parties to this previous lawsuit:

       Plaintiff _____SEAVON PIERCE_____

       Defendants _PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST._

       LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114

       2. Court (if Federal Court, give name of District; if State Court, give name of County)
       ___UNITED STATES_____

       3. Docket Number __FRESNO_____    4. Assigned Judge __FRESNO_____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

_BEING ACTIVELY CONCEALED_

6. Filing Date (approx.) ___2009___    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, <u>Jones v. Bock</u>, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, <u>Porter v. Nussle</u>, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. <u>Jones</u>, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A.  Is there an inmate appeal or administrative remedy process available at your institution?

Yes___X___    No_____

B.  Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes___X___    No_____

C.  Is the process completed?

Yes_____            If your answer is yes, briefly explain what happened at each level.

_BEING ACTIVELY CONCEALED BY FRAUD_

No_____            If your answer is no, explain why not.

_BEING ACTIVELY CONCEALED BY_

III. Defendants/RESPONDENTS

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A.  Name _____SEE    ATTACHED_____ is employed as _____

Current Address/Place of Employment _____

B.  Name _____SEE  ATTACHED_____ is employed as _____

Current Address/Place of Employment _____

C.  Name _____SEE  ATTACHED_____ is employed as _____

Current Address/Place of Employment _____

D.  Name _____SEA  ATTACHED_____ is employed as _____

Current Address/Place of Employment _____

E.  Name _____SEE  ATTACHED_____ is employed as _____

Current Address/Place of Employment _____

IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1:  The following ███ right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom from cruel and unusual punishment, etc.):

_____SEE    ATTACHED_____

_____

_____

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words.  You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

_____SEE ATTACHED_____

_____

_____

_____

_____

_____

SEE ATTACHED

**Claim 2:** The following ▊▊ right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

SEE ATTACHED

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

SEE ATTACHED

SEE ATTACHED

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

SEE ATTACHED

I declare ~~under penalty of perjury~~ that the foregoing is true and correct, TO THE BEST OF KNOWLEDGE .

Date: 9-13-16          Signature of Plaintiff: _____

(Revised 4/4/14)

UNITED STATES DISTRICT COURT

1) CLASS OF THE MEDIA
2) CLASS OF THE PRESS
3) CLASS OF THE PUBLIC
4) CLASS OF PRISONERS; EFFECTED
PRISONERS WHICH INCLUDES SEAVON
PIERCE(F-13921)
          PETITIONERS/PLAINTIFFS


          VS


1) THE U.S. GOVERNMENT; AND ITS
OFFICERS
2) ATTORNEY GENERAL, KAMALA D.
HARRIS
3) ATTORNEY GENERAL, BENJAMIN B.
WAGNER
4) THE CALIFORNIA DEPARTEMENT OF
CORRECTIONS ; DEFENDANTS OF PIERCE
V. GONZALES, PRESIDENT BARACK OBAMA,
2011 U.S. DIST. LEXIS 21888 (E.D. CAL.
FEB. 17, 2011);13-15114

          RESPONDENTS,

1) DECLARATORY JUDGEMENT ACT, 28 USC 2201;
RIGHT AND DEMAND FOR TRIAL

2) REQUEST FOR CLASS CERTIFICATION; OF
EACH SEPERATE CLASS

3) ENFORCEMENT OF 1st AMENDMENT RIGHT OF
THE FREEDOM OF SPEECH

4) FRCP 36, REQUEST FOR ADMISSIONS FROM
THE RESPONDENTS/DEFENDANTS AS CONCERTED
ACTS OF CONCEALMENT OF THE ORIGINAL
ACTION OF PIERCE V. GONZALES, PRESIDENT
BARACK OBAMA, 2011 U.S. DIST. LEXIS
2011 U.S. DIST. LEXIS 21888 (E.D. CAL.
FEB. 17, 2011);13-15114

5) A CHALLENGE TO A GOVERNMENTAL ACTION

---

THE DECLARATORY JUDGEMENT ACT, AND REQUEST FOR ENFORCEMENT OF THE 1st AMENDMENT RIGHTS TO COMMUNICATE WITH THE PRESS, THE MEDIA, ETC., TO PRESENT THESE FACTS AND EVIDENCE HOWEVER DEFINED EXIST AS ACTIVE CONCEALMENT BY THE DEFINED DEFENDANTS OF THE ORIGINAL ACTION AS CONCERTED ACTS, THESE FACTS HERE SUBMITTED UNDER FRCP 36, PRESENTED TO THE RESPONDENTS TO ADMIT OR DENY SUCH FACTS AND ACTS AS DEFINED BY THE ELEMENTS OF CONCEALMENT, OF THE VIOLATIONS OF THE ORIGINAL ACTION HERE DEFINED.

AS DEFINED BY THE DECLARATORY JUDGEMENT ACT, THE RIGHT OF ALL PARTIES, THE RIGHTS BETWEEN ALL PARTIES IS REQUESTED TO BE DETERMINED UPON THESE FACTS WHICH DENY COMMUNICATIONS AS DEFINED BY GOVERNMENTAL INTERFERENCE, ACTS TO CONCEAL VIOLATIONS OF THE ORIGINAL ACTION AS DEFINED BY THE MATTER OF PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011); 13-15114.

ENFORCEMENT AS A SECONDARY RIGHT, IS REQUESTED UPON THE 1st AMENDMENT RIGHT TO REMEDY, 28 USC 2201, THE ACTS AND FACTS WHICH VIOLATE THE FREEDOM OF SPEECH, ACTS BY THE DEFENDANTS UPON THESE SAME FACTS, ACTS CHALLENGED AS A GOVERNMENTAL ACTION.

THESE FACTS WHICH EXIST AS EVIDENCE, HAVE BEEN CONCEALED AS CONCERTED ACTS. THESE FACTS AS EVIDENCE HAVE BEEN PREVENTED FROM BEING REPORTED, PREVENTED FROM BEING SENT TO SPECIFIC PERSONS OF THE PUBLIC BY THE ILLEGAL CONFISCATION OF MAIL BY THE DEFENDANTS TO PERSONS AND ORGANIZATIONS WHICH EXIST AS DEFINED AS THE PRESS, THE MEDIA, AND PUBLIC CORRUPTION INVESTIGATION AGENCIES ETC.. AS DEFINED BY THE 1st AMENDMENT OF THE CONSTITUTION AS GOVERNMENTAL INTERFERENCE, THESE CONTINUING VIOLATIONS EXIST AS CONCERTED ACTS WHICH INCLUDES EXTRAJUDICIAL DETERMINATIONS TO REMOVE PARTIES FROM THE ACTIONS FILED AGAINST THE DEFINED DEFENDANTS OF THE ORIGINAL ACTION. OF **PIERCE V. GONZALES, PRESIDENT BARACK OBAMA,** 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011);13-15114.

THESE FACTS ARE ALSO PRESENTED AS EVIDENCE, SIGNED DECLARATIONS OF THE DEFENDANTS AS THE CALIFORNIA DEPARTMENT OF CORRECTIONS ET.AL., AGREED TO FACTS AS A CONSTITUTIONAL VIOLATION OF A CLASS OF PRISONERS. THESE FACTS ARE BEING ACTIVELY CONCEALED FROM THE PUBLIC, THE MEDIA, THE PRESS AND DEFINED INVESTIGATION AGENCIES WHO INVESTIGATE PUBLIC CORRUPTION OF LAW ENFORCEMENT, PUBLIC CORRUPTION UPON THE CONTINUED ACTS OF THE ILLEGAL CONFISCATION OF MAIL.

THE EVIDENCE EXIST AS SIGNED AND DATED BY M. HEASLIP-THOMAS (5-27-09), M. CARRASCO (6-8-09), APPEAL NUMBER CCI-09-00550/CCI-09-00868, ALL FACTS AND VIOLATIONS GRANTED, AGREED TO AS DEFINED UNDER THE FACTS OF NO. 1.

THIS INFORMATION HAS BEEN ILLEGAL CONCEALED FROM MULTIPLE PERSONS AS A PART OF THE VIOLATIONS OF THE ORIGINAL ACTION, THE EXHIBITS RECEIVED ALSO BY THE FRESNO FEDERAL COURT AS SIGNED ECLARATIONS OF FACTS BY THE DEFENDANTS OF THE ORIGINAL ACTION ABOVE    ; **(1) L.A. TIMES-WASHINGTON POST** (1150 15th st. N.W. WASH. D.C. 20071 **(2) U.S. NEWS & WORLD REPORT**(1050 THOMAS JEFFERSON ST. N.W. WASH. D.C. 20007 **(3) SACRAMENTO BEE** (2100 Q. ST. P.O. BOX 15779 **(4) SAN FRANCISCO CHRONICLE**(901 MISSION ST. S.F. CAL. 94103 **(5) NBC NEWS** (30 ROCKEFELLER PLAZA N.Y. N.Y. 10112) **(6) ATTORNEY-MARILEE MARSHALL** (523 W. 6th st. L.A. CAL. 90014) **(7) BAYVIEW-NEWSPAPER**(4917 THIRD ST. S.F. CAL. 94124 **(8) L.A. TIMES-NEWSPAPER** (202 W. FIRST ST. L.A. CAL. 90012 **(9) FOX NEWS** (1999 S. BUNDY DR. L.A. CAL. 90025 **(10) WASHINGTON POST**(1150 15th st. WASH. D.C. 20071 **(11) CNN HEADLINE NEWS**(1 CNN CTR. ATLANTA, GA. 30348 **(12) USA TODAY**(7950 JONES BRANCH DR. Mc LEAN VA. 22108) **(13) THE WALL STREET JOURNAL**(1211 AVE OF THE AMERICAS N.Y. N.Y. 10036) **(14) PRISON FOCUS**(1904 FRANKLIN ST SUITE 507, OAKLAND, CAL. 94612) **(15) PRISON LEGAL NEWS** (P.O. BOX 1151, LAKE WORTH, FL. 33460  --- SEE EXHIBITS "B" AND "C".

* THESE PARTIES HAVE ALSO BEEN ILLEGALLY EXCLUDED FROM LEGAL PROCEEDINGS AS DEFINED BY EXTRAJUDICIAL DETERMINATIONS, FACTS WHICH TAINT THE PROCEEDINGS AND DENIED THE RIGHTS OF ALL PARTIES BY THE UNITED STATES GOVERNMENT AND ITS OFFICERS ALSO DEFINED AS DEFENDANTS.

THE APPLICANT HAS FILED A JOINT ACTION UPON THE RIGHT TO JOINT REMEDY/RELIEF OF THE DECLARTORY JUDGEMENT ACT, 28 USC 2201 TO ESTABLISH AND DETERMINE THE RIGHTS OF BOTH PARTIES AS DEFINED BY THE STATUTE UPON THE DEMAND FOR TRIAL.

NO MERITS OR STANDARDS OF LAW EXIST BUT THAT A CONTROVERSY EXIST BETWEEN THE DEFINED PARTIES, AND A REQUEST FOR DECLARATORY JUDGEMENT EXIST UPON THE FACTS OF A STATUTORY DUTY OF THE RESPONDENTS AS DEFINED BY LAW OR OTHERWISE. UPON THE REQUEST, NO RIGHTS AND DUTIES HAVE BEEN ESTABLISHED, AND THE COURT HAS NOT APPLIED THE APPLICABLE LAW TO THE JUDICIAL PROCEEDINGS DEFINED AS ACTING IN EXCESS OF JURISDICTION WHICH DEFINES THE RULINGS OF THIS COURT AS NULL AND VOID, WHICH CAN BE OBJECTED TO AT ANY TIME AND CONTINUES TO REMAIN NULL AND VOID.

AS RELIEF, AND AS RELIEF UNDER FRCP 60(b)(4) OF THE JUDGEMENT BEING VOID, THE FACTS AND EVIDENCE AS DEFINED BY LAW MANDATE RELIEF. THE LISTED AND DEFINED PARTIES HAVE BEEN LEGALLY INJURED UPON WHICH FURTHER RELIEF IS BEING REQUESTED AS JOINT AND SEPERATE UPON THE RIGHT TO JOINT REMEDY, AND JOINT RELIEF. JOINT REMEDY IS FURTHER REQUESTED UPON THIS ACTION WITH ALL LISTED AND DEFINED PETITIONERS.


THE ATTCHED JUDICIAL OFFICERS, HAVE ILLEGALLY REMOVED THE DEFINED PETITIONERS/PLAINTIFFS FROM SUBMITTED ACTIONS, 28 USC 1733, SUCH DEFINED PERSONS ALSO BEING DEFINED AS DEFENDANTS, THE U.S. GOVERNMENT AND ITS OFFICERS IN VIOLATION OF THE RIGHT TO BE JOINT, JOINT FOR REMEDY/RELIEF.

THE ACTS OF REMOVING, AND OR EXCLUDING PARTIES FROM THE PROCEEDINGS EXIST UPON EXTRAJUDICIAL DETERMINATIONS UPON FACTS CONSIDERED OUT OF COURT, ACTS WHICH TAINT THE PROCEEDINGS AND DENIES THE RIGHTS OF ALL PARTIES. A LEGAL DETERMINATION AND CONCLUSION DEFINED AS A " DISJOINDER " HAS BEEN CONDUCTED BY THE COURT WHICH ALLOWS FOR OBJECTIONS IN THE PROCEEDINGS HELD OUT OF COURT WHICH HAS TAINTED AND INFECTED THE LEGAL PROCEEDINGS.

THESE FACTS ARE DEFINED UNDER 28 USC 144, 351, 455, AS EXTRAJUDICIAL FACTS, AND HERE ALSO PRESENTED AS EVIDENCE OF THE INTREST OF OTHER PRIVATE PERSONS, ACTS IN FAVOR OF THE OPPOSING PARTIES. A SUA SPONTE DUTY EXIST TO REMOVE ONESSELF FROM THE PROCEEDINGS AS THE JUDGE WHEN SUCH BIAS OR PREJUDICE EXIST AGAINST THE PLAINTIFFS/PETITIONERS UPON THE CONFLICT OF INTREST.


THE DECLARATORY JUDGEMENT ACT, 28 USC 2201, IS AVAILIBLE UPON A CONTROVERSY WHICH EXIST BETWEEN THE PARTIES UPON WHICH A REQUEST FOR DECLARATORY JUDGEMENT OF THE RIGHTS, DUTIES OR LEGAL OBLIGATIONS ETC. EXIST. WHEN NO RIGHTS HAVE BEEN ESTABLISHED, THE DEFINED OFFICER HAS DEFINED THE ACTION AS A " **CIVIL RIGHTS ACTION** " UNDER 28 USC 1915(g)

FACTS WHICH CANNOT BE FOUND OR HELD AS TRUE AS A MATTER OF FACT AND LAW FOR THESE STATEMENTS OR DECLARATIONS TO BE UPHELD BY A COURT.

UPON THESE FACTS, THE APPLICANT REQUEST RELIEF, AND FURTHER RELIEF AS DEFINED UPON THE REQUEST OF THE ACTION SUBMITTED TO THE COURTS UPON THE RIGHTS TO JOINT REMEDY.

FURTHER, NO FACTS CAN BE DECLARED TO BE DEFINED AS A ACTION AGAINST A GOVERNMENTAL AGENCY AS DEFINED BY 28 USC 1915A. THE ACTION IS CONSIDERED NEITHER EQUITABLE RELIEF NOR LEGAL RELIEF FOR THE 7th AMENDMENT RIGHT TO TRIAL, FRCP 38, 39, 57, AND THE ACTION RESERVES/PRESERVES THE RIGHT TO JURY TRIAL FOR " BOTH " PARTIES IN WHICH THE RIGHTS WHICH EXIST, MAY ONLY EXIST FOR THE RESPONDENTS ALL FACTS BEING CONSIDERED AND ACCEPTED AS TRUE AS A MATTER OF LAW AS DEFINED BY LAW.

THE ALLEGED FINDINGS OF THE COURT ARE CONTRARY TO THE LAW, AND THE APPLICABLE LAW HAS NOT BEEN APPLIED TO THE PROCEEDINGS, AND THE JUDGEMENT ENTERED EXIST UPON EXTRAJUDICIAL DETERMINATIONS AS DEFINED BY OFFICIAL MISCONDUCT IN OFFICE, AFFIRMATIVE MISCONDUCT, AND BIAS AND PREJUDICE AS DEFINED BY 28 USC 144, 351, 455.

NO RULINGS HAVE BEEN ENTERED AS MATTERS OF THE DEFINED CONTROVERSY WHICH EXIST BETWEEN THE PETITIONERS/PLAINTIFFS AND RESPONDENTS/DEFENDANTS, AND THESE FACTS, AS A MATTER OF LAW, MUST BE ACCEPTED AS TRUE. **NO FACTS EXIST IN OPPOSITION OF THE ACTION UPON A REQUEST FOR THE ESTABLISHMENT OF RIGHTS AND A DETERMINATION OF RIGHTS WHICH EXIST BETWEEN THE OPPONENTS.**

THE APPLICANT OBJECTS TO THE MAGISTRATES RULINGS, CONSENT TO JURISDICTION OF THE MAGISTRATE, AND REQUEST RELIEF UNDER FRCP 60(b), A MOTION FOR RELIEF.

THE APPLICANT ALSO REQUEST DE NOVO REVIEW OF THE MAGISTRATES FINDINGS UPON THE RIGHT TO DE NOVO REVIEW OF THE MAGISTRATES FINDINGS.