1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **EASTERN DISTRICT OF CALIFORNIA**

7

8

9

10

| | |
|---|---|
| 11 SEAVON PIERCE, | ) Case No.: 1:16-cv-01362-LJO-EPG |
| 12    Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION FOR |
| | ) LEAVE TO PROCEED IN FORMA PAUPERIS |
| 13   v. | ) |
| | ) (Doc. 2) |
| 14 THE U.S. GOVERNENT AND ITS | ) |
| OFFICERS AS FEDERAL JUDGES, et al., | ) ORDER DISMISSING ACTION WITHOUT |
| 15 | ) PREJUDICE TO REFILING WITH SUBMISSION |
| | ) OF $400.00 FILING FEE |
| 16    Defendants. | ) |
| 17 | ) |

18    Plaintiff Seavon Pierce ("Plaintiff"), a state prisoner proceeding pro se, filed this civil action on

19 September 14, 2016. That same day, he also filed a motion for leave to proceed in forma pauperis

20    Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner

21 bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while

22 incarcerated or detained in any facility, brought an action or appeal in a court of the United States that

23 was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief

24 may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

25

26 [1] The Court takes judicial notice of the following United States District Court cases:  Seavon Pierce v. Lancaster
State Prison, 2:13-CV-08126 (C.D. Cal.) (dismissed for frivolousness, failure to state a claim, and as
27 malicious); Seavon Pierce v. Fernando Gonzales, et al., 1:10-cv-00285-JLT (E.D. Cal.) (dismissed on
December 3, 2012 for failure to state a claim); and Seavon Pierce v. President Barack Obama, et al., 1:15-cv-
28 00650-DAD-DLB (E.D. Cal.) (dismissed December 1, 2015, for failure to state a claim); Seavon Pierce v. The

The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g). <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1055-56 (9th Cir. 2007). Plaintiff makes no allegations concerning any imminent danger of serious physical injury.  Therefore, Plaintiff has not satisfied the exception from the three strikes bar under 28 U.S.C. § 1915(g), and must pay the $400.00 filing fee if he wishes to litigate this claim.

Accordingly, the Court HEREBY ORDERS as follows:

1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is DENIED; and,

2.      This action is DISMISSED without prejudice to re-filing accompanied by the $400.00 filing fee.


IT IS SO ORDERED.

Dated:   **September 19, 2016**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE

---

<u>US Government and Its Officers as Federal Judges</u>, 1:16-cv-1361-LJO-BAM (dismissed on September 19, 2016, as barred under 28 U.S.C. § 1916(g)'s three strikes provision).